Christopher J. Kayser OSB No. 984244
cjkayser@lvklaw.com
John C. Rake OSB No. 105808
jrake@lvklaw.com
**LARKINS VACURA KAYSER LLP**
121 S.W. Morrison St., Suite 700
Portland, Oregon 97204
Telephone: 503-222-4424
Facsimile: 503-827-7600

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **HOSIE KENNETH RILEY,**<br>Plaintiff,<br><br>vs.<br><br>**GALENA BIOPHARMA, INC.; THE DREAM TEAM GROUP, LLC; MISSION INVESTOR RELATIONS, LLC; LIDINGO HOLDINGS, LLC; MICHAEL ANDREW MCCARTHY; KAMILLA BJORLIN** (a/k/a Milla Bjorn); **MARK J. AHN; RYAN M. DUNLAP; REMY BERNARDA; STEVEN KRIEGSMAN; RICHARD CHIN; STEPHEN S. GALLIKER; RUDOLPH NISI; SANFORD J. HILLSBERG; and MARK SCHWARTZ,**<br>Defendants. | Case No.: 3:15-cv-01748-AC<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Based on the parties' stipulation below, FRCP 41(a)(1)(A)(ii), and with the court being fully advised; now, therefore

      IT IS HEREBY ORDERED AND ADJUDGED that this matter be dismissed with

///

///

///

prejudice as to all claims and without an award of costs or attorney fees to any party.

September 20, 2016
Date

U.S. Magistrate Judge

Submitted by:
Larkins Vacura Kayser LLP

Kennedy Watts Arellano LLP and Gartenberg Gelfand Hayton LLP

s/ John C. Rake
John C. Rake, OSB #105808
jrake@lvklaw.com
Christopher J. Kayser OSB No. 984244
cjkayser@lvklaw.com
121 SW Morrison St., Suite 700
Portland, OR 97204
Tel: (503) 222-4424; Fax: (503) 827-7600
Attorneys for Plaintiff Hosie Kenneth Riley

s/ Edward Gartenberg
Joseph C. Arellano, OSB # 801518
arellano@kwar.com
Daniel L. Keppler, OSB # 923537
keppler@kwar.com
1211 SW 5th Avenue, Ste 2850
Portland, OR 97204
Tel: (503) 228-6191; Fax: (503) 228-0009

Edward Gartenberg (*pro hac vice*)
egartenberg@gghslaw.com
15260 Ventura Blvd., Ste 1920
Sherman Oaks, CA 91403
Tel: (213) 542-2111

Attorneys for Lidingo Holdings, LLC and Kamilla Bjorlin (a/k/a Milla Bjorn)

| | |
|---|---|
| Perkins Coie LLP | Stoel Rives LLP and King & Spaulding LLP |
| s/ Robert L. Aldisert | s/ Michael Biles |
| Robert L. Aldisert, OSB # 940433<br>raldisert@perkinscoie.com<br>Heidee Stoller, OSB # 072835<br>hstoller@perkinscoie.com<br>1120 NW Couch St., Tenth Floor<br>Portland, OR 97209-4128<br>Tel: (503) 727-2000; Fax: (503) 727-2222<br>Attorneys for Defendants Sanford J. Hillsberg, Rudolph Nisi, Steven Kriegsman, Richard Chin, Stephen S. Galliker | Lois Rosenbaum, OSB # 773250<br>lorosenbaum@stoel.com<br>900 SW Fifth Ave., Ste. 2600<br>Portland, OR 97204<br>Tel: (503) 294-9293; Fax: (503) 220-2480<br><br>Paul R. Bessette (*pro hac vice*)<br>pbessette@kslaw.com<br>Michael Biles (*pro hac vice*)<br>mbiles@kslaw.com<br>401 Congress Ave., Ste 3200<br>Austin, TX 78701<br>Tel: (512) 457-2000; Fax (512) 457-2100<br><br>Attorneys for Defendants Remy Bernarda, Ryan Dunlap, Mark Schwartz, and Galena Biopharma, Inc. |
| Ball Janik LLP | Angeli Ungar Law Group LLC and Debevoise & Plimpton LLP |
| s/ Ciaran P. A. Connelly | s/ Kristen L. Tranetzki |
| James T. McDermott, OSB # 933594<br>jmcdermott@balljanik.com<br>Ciaran P.A. Connelly, OSB # 116761<br>cconnelly@balljanik.com<br>101 SW Main St., Suite 1100<br>Portland, OR 97204<br>Tel: (503) 944-6010; Fax: (503) 295-1058<br>Attorneys for The Dream Team Group, LLC, Mission Investor Relations, LLC, and Michael Andrew McCarthy | Kristen L. Tranetzki, OSB # 115730<br>kristen@angelilaw.com<br>Colin Hunter, OSB # 131161<br>colin@angelilaw.com<br>121 SW Morrison St., Suite 400<br>Portland, OR 97204<br>Tel: (503) 954-2232; Fax: (503) 227-0880<br><br>Scott N. Auby (*pro hac vice*)<br>snauby@debevoise.com<br>Jonathan R. Tuttle (*pro hac vice*)<br>jrtuttle@debevoise.com<br>Debevoise & Plimpton LLP<br>801 Pennsylvania Avenue NW, Suite 500<br>Washington, DC 20004<br>Tel: (202) 383-8000; Fax: (202) 383-8118<br><br>Attorneys for Mark J. Ahn |